**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LEEPER, | No.  2:26-cv-1635-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  The matter was removed from the Shasta County Superior Court by Defendants City of Redding, City of Redding Police Department, and Cameron Hooks on April 24, 2026.  See ECF No. 1.  Pending before the Court is a motion to remand filed by Defendants Dignity Health and Mercy Medical Center Redding, filed and served on May 27, 2026.  See ECF No. 5.  The motion is set for hearing before the undersigned in Redding, California, on June 24, 2026, at 10:00 a.m.

Defendants' motion to remand is defectively noticed.  Pursuant to Eastern District of California Local Rule 230(b), motions may not be heard on less than 35 days' notice.  Here, Defendants' motion was filed and served on May 27, 2026, and noticed for hearing less than 35 days later on June 24, 2026.  See ECF No. 5.  Because the motion has been defectively noticed, the hearing set for June 24, 2026, will be vacated and Defendants will be directed to re-notice the motion pursuant to Local Rule 230(b).

1

The Court also observes that the parties have not filed declination of consent forms consistent with the Court's April 27, 2026, order.  The parties are advised that, if no declination of consent forms are filed within the time provided in the April 27, 2026, order, a District Judge will not be assigned and the matter will remain with the undersigned as the presiding judge for all purposes, including ruling on any re-noticed motion to remand and entry of final judgment.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The hearing on Defendants' motion to remand, ECF No. 5, set for June 24, 2026, before the undersigned in Redding, California, is vacated.

2.      Defendants shall re-notice their motion to remand consistent with Local Rule 230(b).

3.      Plaintiff's request for remote appearance at the June 24, 2026, hearing, ECF No. 8, is denied as moot.


Dated:  June 17, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2